IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JEFFREY BATTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  09-3020 |
| ) | |
| METLIFE INVESTORS USA ) | |
| INSURANCE CO. and ) | |
| PNC BANK, DELAWARE, ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| METLIFE INVESTORS USA ) | |
| INSURANCE CO., ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY H. BATTY and ) | |
| ANNA L. BATTY, ) | |
| ) | |
| Counter-Defendants. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Counter-Plaintiff's Application for Entry of Default Judgment (d/e 26) filed by MetLife

1

Investors USA Insurance Company. Pursuant to Fed. R. Civ. P. 55(b)(2) and this Court's October 16, 1985, Standing Order involving the same, Counter-Plaintiff seeks judgment in its favor. For the reasons set forth below, Counter-Plaintiff's Motion is allowed.

Counter-Plaintiff filed its Counterclaim for Interpleader (d/e 13) on March 13, 2009. The docket reveals that Anna Batty was served with summons and the Counterclaim for Interpleader on May 4, 2009. Summons Returned Executed (d/e 16). Anna Batty, however, failed to file an answer or otherwise appear in the case, and Counter-Plaintiff filed a Motion for Entry of Default (d/e 23).

On July 8, 2009, Magistrate Judge Byron G. Cudmore entered an Order of Default (d/e 24) in Counter-Plaintiff's favor and against Anna Batty. On August 7, 2009, Counter-Plaintiff provided notice to Anna Batty of the Order of Default and the pending Application for Entry of Default Judgment. Affidavit (d/e 28), § 7. Nevertheless, Anna Batty has failed to appear in this action. Anna Batty is not a minor or an incompetent person, nor is she in military service. Affidavit, §§ 4-6 . Therefore, the Court finds entry of default judgment against Anna Batty to be appropriate. Counter-Plaintiff's Application for Entry of Default Judgment (d/e 26) is

ALLOWED. Judgment is entered in favor of MetLife Investors USA Insurance Company and against Anna Batty.

IT IS THEREFORE SO ORDERED.

ENTER: August 25, 2009

    FOR THE COURT:

                                   s/ Jeanne E. Scott
                                   JEANNE E. SCOTT
                            UNITED STATES DISTRICT JUDGE